**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Patrick Buana-Kitoko Minango,<br><br>                    Petitioner,<br><br>v.<br><br>Pamela Bondi, *et.al.*<br><br>                    Respondents. | Case No. 2:26-cv-00235-ART-BNW<br><br>**ORDER GRANTING**<br><br>**Joint Stipulation for Extension of Time for Federal Respondents to File a Response to the Amended Petition for Writ of Habeas Corpus (ECF No. 11)**<br><br>**(First Request)** |

Petitioner Patrick Buana-Kitoko Minango ("Petitioner") and Federal Respondents Pamela Bondi, Kristi Noem, Michael Bernacke and Todd Lyons ("Federal Respondents"), through undersigned counsel, hereby submit this Stipulation for an extension of time for Federal Respondents to file a response to the Amended Petition for Writ of Habeas Corpus ("Petition"), ECF No. 11, extending the deadline from March 26, 2026, to April 2, 2026. Federal Respondents need this additional time to prepare a meaningful response because since the filing of the amended petition Petitioner has had his merits hearing and a removal order entered against him. Federal Respondents conferred with Petitioner's counsel regarding an extension, and Petitioner's counsel agreed. This is the first request for an extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file a response to the Amended

Petition from March 26, 2026, to April 2, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 26th day of March 2026.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | TODD BLANCHE<br>Deputy Attorney General of the United States<br>SIGAL CHATTAH<br>First Assistant United States Attorney |
| */s/Rong Sung*<br>Ron Sung, Esq.<br>Assistant Federal Public Defender<br>411 E. Bonneville, Ste. 250<br>Las Vegas, NV 89101<br>Tel: 702-388-6577 or 5160<br>Fax: 702-388-6261<br>Ron_Sung@fd.org | */s/ Martin J. Mayer*<br>MARTIN J. MAYER<br>Special Assistant United States Attorney |

## ORDER

The parties' stipulation to extend (ECF No. 15) is granted *nunc pro tunc.* The deadline for Federal Respondents to file a response to the Amended Petition is extended to April 2, 2026.

_____

Anne R. Traum
United States District Judge

DATED: March 30, 2026